IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHLEEN J. STREKA, ) | |
| ) | |
| Plaintiff, ) | 8:05CV12 |
| ) | |
| v. ) | |
| ) | |
| RITE-STYLE OPTICAL CO., ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

Defendant's motion to amend answer, filing 28, is granted and defendant is given five days to file the amended answer.

DATED this 9th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge