```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| KATHLEEN J. STREKA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV12 |
| | ) | |
| v. | ) | |
| | ) | |
| RITE-STYLE OPTICAL CO., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's second motion to amend answer, filing 39, is granted and the amended answer shall be filed forthwith.

DATED this 21st day of June, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge