IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHLEEN J. STREKA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV12 |
| | ) | |
| v. | ) | |
| | ) | |
| RITE-STYLE OPTICAL, | ) | AMENDED ORDER |
| | ) | |
| Defendant. | ) | |

Because of the court's scheduling this case for trial in Lincoln, the order of July 6, 2005 (filing 52) is amended as follows:

IT IS ORDERED:

1. Jury trial is set for November 21, 2005 for a duration of 4 - 5 trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Johnson v. SSA, 4:04cv3288.  Jury selection will be held at commencement of trial.

2. The pretrial conference will be held October 25, 2005 at 9:00 a.m. before the undersigned magistrate judge.

3. The deposition deadline is continued to October 11, 2005 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 8th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge