```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| KATHLEEN J. STREKA, ) | |
| ) | |
| Plaintiff, ) | 8:05CV12 |
| ) | |
| v. ) | |
| ) | |
| RITE-STYLE OPTICAL, ) | ORDER |
| ) | |
| Defendant. ) | |

IT IS ORDERED:

Plaintiff's motion to reschedule trial, filing 55, is granted and trial of this matter is rescheduled to 9:00 a.m., November 14, 2005, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Becker v. UPRR, 4:03cv3372; Western Plains v. Jividen, 4:04cv3336; and Rehrs v. Iams Co., 4:05cv3014. Jury selection will be held at commencement of trial.

DATED this 26th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge