UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHLEEN J. STREKA, | ) | CASE NO. 8:05CV12 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RITE-STYLE OPTICAL CO., | ) | |
| | ) | |
| Defendant. | ) | |

  THIS MATTER comes before the Court upon the Joint Stipulation of the parties requesting the court to extend the deadline for filing the motion for summary judgment from September 12, 2005 to September 26, 2005. (Filing No. 63)  The Court, upon good cause shown, finds that such relief should be granted.

  IT IS THEREFORE ORDERED AND ADJUDGED that the deadline for filing any motion for summary judgment is extended to September 26, 2005.

  DATED September 2, 2005

              BY THE COURT

              s/ *David L. Piester*
              David L. Piester
              United States Magistrate Judge


Prepared and submitted by:

Harvey B. Cooper, #15035
Abrahams Kaslow & Cassman
8712 West Dodge Road, Suite 300
Omaha, NE  68114
Telephone:  (402) 392-1250
Attorneys for Defendant

LEH/321774.1